**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

```
-------------------------------X
ALBINO RODRIGUES,              :
                               :
        Plaintiff,             :
                               :        3: 02 CV 1850 (GLG)
    against                    :
                               :
CITY OF BRIDGEPORT, ET AL.,    :
                               :
        Defendant.             :
-------------------------------X
```

<u>**JUDGMENT**</u>

A notice of proposed dismissal [Doc. #8] of the above-captioned action having been sent to counsel of record on December 9, 2003, pursuant to this Court's Local Rule 41(a) and;

No action having been taken by counsel subsequent to such notice and no satisfactory explanation therefor having been submitted to the Court within twenty (20) days of such notice;

It is ORDERED that this action be and hereby is dismissed without costs to any party.

**SO ORDERED.**

Dated at Waterbury, Connecticut, this **1st** day of **April, 2004.**

　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　**GERARD L. GOETTEL, U.S.D.J.**